**JEREMY S. GOLDMAN** (SBN 306943)
**MAURA J. WOGAN** (admitted *pro hac vice*)
**KIMBERLY M. MAYNARD** (admitted *pro hac vice*)
**JESSICA R. MEDINA** (SBN 302236)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650
E-Mail: jgoldman@fkks.com
         mwogan@fkks.com
         kmaynard@fkks.com
         jmedina@fkks.com

Attorneys for Defendant and Counterclaim-Plaintiff BRAT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation | Case No. 2:18-CV-08639-PA-SK |
| Plaintiff/Counterclaim-Defendant | Hon. Percy Anderson |
| vs. | |
| BRAT, INC., a New York corporation; and DOES 1 through 10, inclusive. | **ORDER RE JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| Defendant/Counterclaim-Plaintiff. | |

JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

PLEASE TAKE NOTICE that the PARTIES, AND EACH OF THEM, HEREBY STIPULATE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of the above-referenced action in its entirety, including each and every claim and counterclaim asserted therein.  Each party is to bear its own costs, expenses, and attorneys' fees incurred in this action.

Dated:  June 26, 2019                    FRANKFURT KURNIT KLEIN & SELZ P.C.


BY:  */s/ Jeremy S. Goldman*
       Jeremy S. Goldman (SBN 306943)
       Maura J. Wogan (*admitted pro hac vice*)
       Kimberly M. Maynard (*admitted pro hac vice*)
       Jessica R. Medina (SBN 302236)
       2029 Century Park East, Suite 1060
       Los Angeles, California 90067
       Telephone: (310) 579-9600
       Facsimile: (347) 438-2156
       E-Mail:       jgoldman@fkks.com
                         mwogan@fkks.com
                         kmaynard@fkks.com
                         jmedina@fkks.com

       Attorneys for Defendant and Counterclaim-
       Plaintiff BRAT, INC.


Dated:  June 26, 2019                    MGA ENTERTAINMENT, INC.



BY:   */s/ Benjamin C. Johnson*
        Benjamin C. Johnson
        Joseph A. Lopez

       Attorneys for Plaintiff and Counterclaim-
       Defendant MGA ENTERTAINMENT, INC.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  June 26, 2019          FRANKFURT KURNIT KLEIN & SELZ P.C.

BY:  */s/ Jeremy S. Goldman*
      Jeremy S. Goldman (SBN 306943)
      Maura J. Wogan (*admitted pro hac vice*)
      Kimberly M. Maynard (*admitted pro hac vice*)
      Jessica R. Medina (SBN 302236)
      2029 Century Park East, Suite 1060
      Los Angeles, California 90067
      Telephone: (310) 579-9600
      Facsimile: (347) 438-2156
      E-Mail:    jgoldman@fkks.com
                 mwogan@fkks.com
                 kmaynard@fkks.com
                 jmedina@fkks.com

Attorneys for Defendant and Counterclaim-Plaintiff BRAT, INC.

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

Dated:  __June 27, 2019__          _____

Hon. Percy Anderson
United States District Court Judge